IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

YAMINI NOTARIA,                      )
                                     )
                Plaintiff,           )
                                     )
     v.                              )     No. 09 C 4475
                                     )
OSCO DRUG, INC., et al.,             )
                                     )
                Defendants.          )

## MEMORANDUM ORDER

Yamini Notaria ("Notaria") has just brought this employment discrimination action against her ex-employer Osco Drug, Inc. ("Osco") and three other corporations described in Complaint ¶¶6-8 as having "owned, in whole or in part, Osco Drug" at some times during "the events set forth in this Complaint." Although this Court is contemporaneously issuing its usual initial scheduling order, this memorandum order is being issued sua sponte to secure some clarification on that score.

Nothing in the Complaint suggests anything other than a parent-subsidiary relationship between any of the other three named defendants and Osco--indeed, Complaint ¶11 identifies Osco as Notaria's employer throughout her tenure "from July 17, 1996 through June 4, 2008," and the only reference to any of the other three corporations in the substantive allegations of the Complaint is in Complaint ¶21, which refers to her having "sent a letter to the president of Albertson's, Osco Drug's parent company" at one point.

Under those circumstances this Court can discern no predicate for bringing suit directly against any of the three defendants other than Osco. Notaria's counsel is expected to address that issue immediately--preferably before any of those corporations is confronted with the burden of having to respond (apparently needlessly) to the Complaint.

                                          _____
                                          Milton I. Shadur
                                          Senior United States District Judge

Date: July 29, 2009